AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
v.
Badillo-Pineda

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07 00341 JF

I, Javier Badillo-Pineda, the above named defendant, who is accused of

a violation of Title 8 U.S.C. section 1326, illegal re-entry.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 31 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED

MAY 3 1 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer