**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, June 13, 2007
**Case Number:** CR-07-00341-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

TITLE:    **UNITED STATES OF AMERICA V. JAVIER BADILLO-PINEDA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Javier Badillo-Pineda |
| **Attorneys Present: Benjamin Kennedy** | **Attorneys Present: Nick Humy** |

---

PROCEEDINGS:

Status Review hearing held. Counsel, Spanish interpreter Heather Bridger and defendant are present. Continued to 7/12/07 at 9:00 a.m. for further status review. 29 days are excluded for the reasons stated.