1   BARRY J. PORTMAN
Federal Public Defender
2   NICHOLAS P. HUMY
Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant BADILLO-PINEDA

6

7

8

                      IN THE UNITED STATES DISTRICT COURT

9

           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

                        SAN JOSE DIVISION

11

UNITED STATES OF AMERICA,        )     No. CR 07-00341 JF

12                                   )
                  Plaintiff,    )     **STIPULATION TO CONTINUE**

13   v.                               )     **STATUS HEARING DATE;**
                                  )     **[PROPOSED] ORDER**

14   JAVIER BADILLO-PINEDA,       )
                                  )

15                 Defendant.    )
  _____ )

16

      Defendant and the government, through their respective counsel, hereby stipulate that,

17

subject to the court's approval, the hearing date in the above-captioned matter, presently

18

scheduled for Thursday, July 12, 2007, at 9:00a.m., be continued to Wednesday, July 25, 2007, at

19

9:00a.m. The parties request a continuance due to ongoing defense investigation and preparation.

20

      The parties further agree and stipulate that time should be excluded from and including

21

July 12, 2007 through and including July 25, 2007, to provide counsel reasonable time to

22

prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the

23

United States and the defendant agree that granting the requested exclusion of time will serve the

24

interest of justice and outweigh the interest of the public and defendant in a speedy trial.

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00341 JF                               1

1  Dated:07/11/2007                                    _____/s/_____
                                                        NICHOLAS P. HUMY
2                                                       Assistant Federal Public Defender

3  Dated:07/11/2007                                    _____/s/_____
                                                        BENJAMIN KENNEDY
4                                                       Assistant United States Attorney

5

6                                    **ORDER**

7         The parties have jointly requested a continuance of the hearing set for July 12, 2007 due

8  to ongoing defense investigation and preparation.

9         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

10  presently set for July 12, 2007 be continued to July 25, 2007 at 9:00a.m as well as the period of

11  delay from July 12, 2007, to and including July 25, 2007, be excluded for purposes of Speedy

12  Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

13  3161(h)(8)(B)(iv).

14

15
    Dated:                                          _____
16                                                   JEREMY FOGEL
                                                     United States District Judge
17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 07-00341 JF                              2