**E-filed 7/12/07**

BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BADILLO-PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff, )<br>  )<br>v. )<br>  )<br>JAVIER BADILLO-PINEDA, )<br>  )<br>           Defendant. )<br>_____) | No. CR 07-00341 JF<br><br>**STIPULATION TO CONTINUE STATUS HEARING DATE; [PROPOSED] ORDER** |

      Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Thursday, July 12, 2007, at 9:00a.m., be continued to Wednesday, July 25, 2007, at 9:00a.m. The parties request a continuance due to ongoing defense investigation and preparation.

      The parties further agree and stipulate that time should be excluded from and including July 12, 2007 through and including July 25, 2007, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

1  Dated: 07/11/2007                    _____/s/_____
2                                        NICHOLAS P. HUMY
                                         Assistant Federal Public Defender

3  Dated: 07/11/2007                    _____/s/_____
4                                        BENJAMIN KENNEDY
                                         Assistant United States Attorney

5

6                                    **ORDER**

7      The parties have jointly requested a continuance of the hearing set for July 12, 2007 due
8  to ongoing defense investigation and preparation.
9      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
10 presently set for July 12, 2007 be continued to July 25, 2007 at 9:00a.m as well as the period of
11 delay from July 12, 2007, to and including July 25, 2007, be excluded for purposes of Speedy
12 Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and
13 3161(h)(8)(B)(iv).

14
15 Dated:    7/12/07
16                                       _____
                                         JEREMY FOGEL
17                                       United States District Judge

18
19
20
21
22
23
24
25
26