UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, July 25, 2007
**Case Number:** CR-07-00341-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. JAVIER BADILLO-PINEDA | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | United States | Javier Badillo-Pineda |
| | **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Nick Humy |

PROCEEDINGS:

   Disposition and sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 21 months prison; 3 years supervised release; and $100.00 special assessment.

Case 5:07-cr-00341-JF    Document 15    Filed 07/25/2007    Page 1 of 1